EDWARD H. TITUS, Appellant, *v.* ROBERT B. GRIFFIN, Respondent.

*Titus* v. *Griffin*, 184.App. Div. 892, appeal dismissed.

(Argued September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1918, *unanimously* affirming a judgment in favor of defendant entered upon a verdict in an action to recover compensation for services alleged to have been rendered.

The motion was made upon the ground that an appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Henry D. Patton* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.